# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## **SCHEDULE C**

## LEGAL DESCRIPTION

Webb County, Texas

Tract:  LRT-LRS-1021
Owner:  Adrian Golarte, *et al*.
Acres:  0.88

Situated in Webb County, Texas, and being Lots Number ONE (1), TWO (2), THREE (3) and FOUR (4), in Block Number ONE HUNDRED FIFTY-SIX (156), EASTERN DIVISION situated in the City of Laredo, as per map or plat of said City.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract:  LRT-LRS-1021
Owner:  Adrian Golarte, *et al*.
Acreage:  0.88

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red on the map above.

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Webb County, Texas

Tract:  LRT-LRS-1021
Owner:  Adrian Golarte, *et al*.
Acres:  0.88

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Adrian Golarte**<br>Laredo, TX 78046 | General Warranty Deed, Document #1315660, Recorded December 12, 2017, Deed Records of Webb County |
| **GC Refrigeration & Air Condition Inc.**<br>**c/o Gustavo Hernandez, Registered Agent**<br>201 N. Meadow Avenue<br>Suite D<br>Laredo, TX 78040 | General Warranty Deed, Document #1315660, Recorded December 12, 2017, Deed Records of Webb County |